**Enrique Guzman ORTEGA;
et al., Petitioners,**

v.

**Alberto R. GONZALES, Attorney
General, Respondent.**

No. 06–74143.

United States Court of Appeals,
Ninth Circuit.

Submitted July 23, 2007.*

Filed July 27, 2007.

See also 158 Fed.Appx. 906.

Bruce C. Wong, Esq., Duxford Law
Group, San Francisco, CA, for Petitioners.

Ronald E. LeFevre, Chief Counsel, Office of the District Counsel, Department of
Homeland Security, San Francisco, CA,
U.S. Department of Justice, Civil Div./Office of Immigration Lit., Washington, DC,
for Respondent.

Before: SCHROEDER, Chief Judge,
HAWKINS and WARDLAW, Circuit
Judges.

MEMORANDUM **

This is a petition for review of the Board
of Immigration Appeals' ("BIA") order denying petitioners' motion to reopen.

Petitioners' motion to hold this petition
for review in abeyance is denied.

■ Respondent's motion for summary
disposition is granted because the questions raised by this petition for review are
so insubstantial as not to require further
argument. *See United States v. Hooton,*
693 F.2d 857, 858 (9th Cir.1982) (per curiam) (stating standard). A party may file
only one motion to reopen removal proceedings, and that motion must be filed not
later than ninety days after the date on
which the final order of removal was entered. *See* 8 C.F.R. § 1003.2(c)(2). The
BIA did not abuse its discretion in denying
petitioners' motion to reopen as untimely
when it was filed over three years after
the deadline for filing motions to reopen.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See*
Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

 This court lacks jurisdiction to consider petitioners' argument that the BIA should have reopened proceedings *sua sponte*. *See Ekimian v. INS*, 303 F.3d 1153 (9th Cir.2002).

**PETITION FOR REVIEW DENIED.**